1
2
3
4
5
6
7
8
9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

12   NICHOLAS WILLIAM            )  Case No. SA CV 10-486 PA (MRW)
13   LAWLOR,                     )
                                 )
14                 Petitioner,   )  JUDGMENT
            vs.                  )
15                               )
     JAMES D. HARTLEY, Warden    )
16                               )
                   Respondent.   )
17   _____     )

18

19         Pursuant to the Order Accepting Findings and Recommendations of the

20   United States Magistrate Judge,

21         IT IS ADJUDGED that the Petition is denied and this action is dismissed

22   with prejudice.

23   DATE: August 2, 2011         _____

24                                HON. PERCY ANDERSON
25                                UNITED STATES DISTRICT JUDGE

26

27

28